### FULLER *v.* GEORGIA RAILWAY AND POWER COMPANY.

ATKINSON, J. 1. An action by a private person against an electric com-pany, for damages on account of the unauthorized maintenance over his land of electric wires charged with high voltage, alleged to be a nui-sance and injurious to the property, in which the only prayer is for damages and for abatement of the nuisance by removal of the wires from the property under order and decree of the court, is not an equitable action. *Steed* v. *Savage,* 115 *Ga.* 97 (41 S. E. 272); *Hair-alson* v. *Carson,* 111 *Ga.* 57 (36 S. E. 319); *Ruff* v. *Phillips,* 50 *Ga.* 130; *Aiken* v. *Wallace,* 134 *Ga.* 873 (4), 879 (55 S. E. 24, 7 Ann. Cas. 1026); *Brown* v. *Atlantic Ry. Co.,* 126 *Ga.* 248 (5), 259 (55 S. E. 24, 7 Ann. Cas. 1026); *Broomhead* v. *Grant,* 83 *Ga.* 451 (10 S. E. 116); *Hendricks* v. *Jackson,* 143 *Ga.* 106 (84 S. E. 440); Civil Code, § 5499.

2. The Supreme Court is without jurisdiction of the writ of error, and the case will be transferred to the Court of Appeals, which under the con-stitution has jurisdiction. Acts 1916, p. 19.

*So ordered. All the Justices concur.*

No. 77.    NOVEMBER 14, 1917.

Action for damages; from Gordon.

*Lang & Lang,* for plaintiff.    *Colquitt & Conyers,* for defendant.